UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ATIYEH ATIYENSALEM,<br><br>Defendant. | Case No. CR 03-0398-RMT<br><br>ORDER REQUIRING IMMEDIATE SURRENDER AND DENYING MOTION TO CONTINUE REPORTING DATE |

This matter has come before the court on the request by the government to have defendant Atiyeh Atiyensalem immediately surrender to the United States Marshal's Service in the Northern District of Illinois to begin serving his 33-month sentence, and on the motion by defendant to continue the date of his surrender. Having considered the papers filed herein, the court finds that it is in agreement with the government.

Accordingly,

IT IS ORDERED that the motion by defendant Atiyeh Atiyensalem to continue his surrender date is denied.

//
//
//
//

1

1  IT IS FURTHER ORDERED that defendant Atiyeh Atiyensalem shall
2 immediately surrender to the United States Marshal's Service in the Northern District
3 of Illinois by the close of business on February 4, 2008. The United States Marshal's
4 Service is located at the Everett McKinley Dirksen Building, 219 South Dearborn
5 Street, Chicago, IL 60604.

Dated: January 31, 2008

_____
ROBERT M. TAKASUGI
United States District Sr. Judge