1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                              CENTRAL DISTRICT OF CALIFORNIA

9                                   WESTERN DIVISION

10   UNITED STATES OF AMERICA,          )   Case No. CR 03-0398-RMT
                                        )
11              Plaintiff,              )   ORDER DENYING MOTION BY
                                        )   DEFENDANT ATIYENSALEM
12        vs.                           )   FOR EARLY HOME
                                        )   CONFINEMENT OR TRANSFER
13   ATIYEH ATIYENSALEM,                )   TO COMMUNITY
                                        )   CONFINEMENT
14              Defendant.              )
                                        )
15

16        This matter having come before the court on the motion for early home

17   confinement or transfer to community confinement filed June 2, 2008, by defendant

18   Atiyeh Atiyensalem, pro se, and there being no authority for such relief,

19        IT IS ORDERED that the motion by defendant Atiyeh Atiyensalem for

20   early home confinement or transfer to community confinement is denied.

21   Dated: June 5, 2008

22

23   _____
     ROBERT M. TAKASUGI
24   United States District Sr. Judge

25

26

27

28

                                        1