UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ATIYEH ATIYENSALEM,<br><br>Defendant. | Case No. CR 03-0398-RMT<br><br>ORDER SETTING BRIEFING SCHEDULE ON MOTIONS |

This matter having come before the court on the motions filed by defendant Atiyeh Atiyensalem, pro se, for new trial and for satisfaction of judgment,

IT IS ORDERED that the government shall file response(s) to the motions by January 26, 2009; reply by defendant, if any, shall be filed no later than February 17, 2009. On or about March 9, 2009, the court shall issue a ruling.

Dated: December 23, 2008

ROBERT M. TAKASUGI
United States District Sr. Judge

1